FILED BY
JM

DEC 29 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      ACTION No. 00-2885 ML/A

Mary B. McDade Roach,

    Defendant (s),

Memphis City Schools

    Garnishee.

## GARNISHMENT DISPOSITION ORDER

A Writ of Garnishment was issued and served on defendant's employer, Memphis City Schools, Garnishee. The Garnishee filed an Answer on December 07, 2005 stating that it held non-exempt earnings otherwise owed to defendant.

On November 18, 2005, the defendant was notified of his/her right to a hearing on any objection to the Garnishee's answer or on any claim of exemption. The defendant has not requested a hearing.

It is ORDERED that the Garnishee pay to the plaintiff, United States of America, Office of the United States Attorney, Financial Litigation Unit, 200 Jefferson, Suite 811, Memphis, TN 38103 the funds withheld from defendant's wages. The Garnishee shall continue to withhold and pay to the plaintiff all of the defendant's non-exempt



U.S. v. Mary B. McDade Roach
Action No.# 00-2885
Garnishment Disposition Order

earnings until notified by the plaintiff that the debt has been paid in full, or until the defendant is

no longer employed by Garnishee, or until further order of the court.

Dated: December 29, 2005

                              Thomas M. Gould
                              Clerk, U.S. District Court

By:    /s/
        Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:00-CV-02885 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Monica M. Simmons
U.S. ATTORNEY'S OFFICE
200 Jefferson
Suite 811
Memphis, TN 38103

Mary B. Roach
1928 Felix Avenue
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT